UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CASE NO.  CR08-316-JLR |
| Plaintiff,   ) | |
| ) | |
| v.   ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| SHERRY I. HAIGHT,   ) | ALLEGED VIOLATIONS |
| ) | OF PROBATION |
| Defendant.   ) | |
| _____ ) | |

An initial hearing on probation revocation in this case was scheduled before me on May 25, 2010. The United States was represented by AUSA Robert Westinghouse for Yi-Ting Woo and the defendant by Paula Deutsch. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 6, 2009 by the Honorable James L. Robart on a charge of Unlawful Purchase of a Firearm, and sentenced to 2 years probation. (Dkt. 14.)

The conditions of probation included the standard conditions plus the requirements that defendant submit to search, participate in a mental health program, participate in a home confinement program with electronic monitoring for 30 days, and provide her probation officer with financial information upon request.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF PROBATION
PAGE -1

In an application dated March 1, 2010 (Dkt. 15, 16), U.S. Probation Officer Jerrod Akins alleged the following violation of the conditions of probation:

1. Failing to complete 30 days electronic home monitoring, in violation of the special condition that she participate in the home confinement program with electronic home monitoring.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether it occurred. (Dkt. 18.)

I therefore recommend the Court find defendant violated her probation as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been released on the conditions of probation.

DATED this 25th day of May, 2010.

Mary Alice Theiler
United States Magistrate Judge

cc:	District Judge:		Honorable James L. Robart
	AUSA:			Yi-Ting Woo
	Defendant's attorney:	Paula Deutsch
	Probation officer:	Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF PROBATION
PAGE -2